# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135021(76)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RUDOLPH JEROME HORTON,
      Defendant-Appellee.

_____

SC: 135021
COA: 268264
Kent CC: 04-009942-FC

      On order of the Chief Justice, the motion by defendant-appellee for extension to March 11, 2008 of the time for filing his brief on appeal is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2008

_____
Clerk